# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALICIA R. DIXON AND WEST J. DIXON

VERSUS

D.R. HORTON, INC.,-GULF COAST; BELL MECHANICAL SERVICES; AND BELL MECHANICAL HOLDINGS, LLC

NO.  2025 CW 0447

**JULY 08, 2025**

---

In Re:  D.R. Horton Inc.- Gulf Coast, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 716640.

---

**BEFORE:  HESTER, EDWARDS, AND BALFOUR, JJ.**

**STAY DENIED; WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.** The trial court has not yet ruled on D.R. Horton, Inc. Gulf Coast's originally filed April 11, 2022 exceptions of prematurity and improper venue. The writ is granted for the sole purpose of ordering the trial court to rule on those exceptions on or before July 22, 2025. The writ is denied in all other respects.

**CHH**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT